# IN THE SUPREME COURT OF THE STATE OF NEVADA

PHILIP MORRIS USA, INC., A
FOREIGN CORPORATION; AND
LIGGETT GROUP, LLC, A FOREIGN
CORPORATION,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JESSICA K. PETERSON, DISTRICT
JUDGE,

Respondents,

and

YVONNE CLARK, INDIVIDUALLY,
AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF CLEVELAND CLARK,
INDIVIDUALLY; R.J. REYNOLDS
TOBACCO COMPANY, A FOREIGN
CORPORATION; LAKHVIR HIRA,
D/B/A JOHN'S SMOKE SHOP; SURJIT
SINGH, D/B/A RICKY SINGH,
INDIVIDUALLY AND AS EXECUTOR
OF THE ESTATE OF HARJINDER S.
HIRA, D/B/A JOHN'S SMOKE SHOP
AND GIFT SHOP; AND M J SMOKE
SHOP +, LLC, A DOMESTIC LIMITED
LIABILITY CORPORATION, D/B/A
SMOKE SHOP +,

Real Parties in Interest.

No. 83740

FILED

APR 20 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

22-12484

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this original writ proceeding is dismissed.   NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Jessica K. Peterson, District Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Las Vegas
Bailey Kennedy
Claggett & Sykes Law Firm
Eighth District Court Clerk